DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.S.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellee.

No. 4D18-2679

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose A. Izquierdo, Judge; L.T. Case No. 17-291 DP.

Anthony Y. Smith, Mayo, pro se.

Carolyn Schwarz, Fort Lauderdale, for Appellee Department of Children & Families.

Laura J. Lee, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***